```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
EARL WILLIAMS,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :            23-cv-1455 (LJL)
               -v-                                                     :
                                                                       :               ORDER
COMMISSIONER OF SOCIAL SECURITY,                                       :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2024

LEWIS J. LIMAN, United States District Judge:

The Court has been informed of a Notice of Appeal filed by pro se Plaintiff in this case, purporting to appeal something entered on the Docket on January 16, 2024. There has not, however, been any activity on the Docket since October 11, 2023, and the motion to dismiss and/or for summary judgment made by Defendant, Dkt. No. 15, remains outstanding. The parties are directed to inform the Court by February 15, 2024, the status of this case and what action, if any, is requested from the Court.

SO ORDERED.

Dated: February 1, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge