**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
EARL WILLIAMS,

                Plaintiff,                23 **CIVIL** 1455 (LJL)

    -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY.

                Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 23, 2024, Defendant's motion for summary judgment is GRANTED and this case is dismissed for failure to exhaust administrative remedies, without prejudice to Plaintiff filing a new action after such remedies have been exhausted.

**Dated:**  New York, New York
          February 23, 2024

                                                     **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                    **BY:**

                                                    **Deputy Clerk**